1 | Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.

2 | 38 Miller Avenue, #263
Mill Valley, CA 94941

3 | 415-325-5900
blgibbs@wefightpiracy.com

4

Attorney for Plaintiff

5

**FILED**

MAY - 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

NORTHERN DISTRICT OF CALIFORNIA

9

**CV 11     2262**

10

MCGIP, LLC,                              )        Case No.
                                         )
11                                       )
              Plaintiff,                 )
12        v.                             )        **CORPORATE PARTY DISCLOSURE**
                                         )        **STATEMENT AND CERTIFICATION OF**
13    DOES 1-9,                          )        **INTERESTED ENTITIES OR PERSONS**
                                         )
14            Defendants.                )
                                         )
15 _____ )

16

17

18     **CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF**
       **INTERESTED ENTITIES OR PERSONS**

19

20        Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of

21

22 record, hereby submits that MCGIP, LLC does not have a parent corporation that owns 10% or more

23 of its stock.

24        Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the

25 undersigned believes there are no known persons, associations of persons, firms, partnerships,

26 corporations (including parent corporations), or other entities (other than the parties themselves) that

27 may have personal or affiliated financial interest in the subject matter in controversy, or any other

28 kind of interest that could be substantially affected by the outcome of the proceeding other than the

1  parties. In other words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other

2  than the named parties, there is no such interest to report.

3

4

Respectfully Submitted,

5

Steele Hansmeier PLLC.

6

7  **DATED: May 6, 2011**

8  By:

9  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.

10  38 Miller Avenue, #263
    Mill Valley, CA 94941

11  blgibbs@wefightpiracy.com
    *Attorney for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28