**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  NORTHERN DISTRICT OF CALIFORNIA
7
8  MCGIP, LLC,                     No. C-11-2262 EMC
9         Plaintiff,
                                  CLERK'S NOTICE
10     v.
11  DOES 1-9,
12         Defendants.
13  _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16       YOU ARE NOTIFIED that the **CASE MANAGEMENT CONFERENCE** set for August
17  24, 2011 at 1:30 p.m. is **reset** for **October 21, 2011 at 9:00 a.m.**  before District Judge Edward M.
18  Chen  in **Courtroom 5, 17th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102.   A
19  joint case management conference statement shall be filed by October 14, 2011.
20
21  Dated:  July 27, 2011
22                            FOR THE COURT,
                                Richard W. Wieking, Clerk
23
24                      by: _____
25                              Betty Lee
                              Courtroom Deputy
26
27
28